# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 14-43971-399 |
| ASTRID KRISTINA NAGY ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | July 9, 2014  10:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts.  11 U.S.C. §§ 1322(a)(2) & 1325(a)(5)(B)(ii)
2. The plan contains insufficient funds to make the guaranteed repayment to general unsecured creditors.
3. The set monthly payments to be made by the Trustee exceed the plan payment.
4. AMENDED SCHEDULE D STILL INCLUDES DEBT WHICH IS NOT DEBTOR'S OBLIGATION.  IT IS REMOVED FROM 3D ON THE AMENDED PLAN, SO PLAN IS NOT FEASIBLE.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: August 14, 2014

OBJCONFAF--KLW

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that he served the above notice on this day of August 14, 2014, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ John V. LaBarge, Jr.

ASTRID KRISTINA NAGY
6265 LORAN AVE
SAINT LOUIS, MO  63109

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123